FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0057

| | |
|---|---|
| JAY WATSON, <br><br>     Petitioner and Appellee, <br><br> v. <br><br> MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS, <br><br>     Respondent and Appellant. | **ORDER** |

UPON REVIEW of Appellant's Unopposed Motion for Extension of Time pursuant to Mont. R. App. P. 26, and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 30, 2023, within which to serve its reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023